# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**     **2. PLEASE TYPE OR PRINT**     **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| In re Terrorist Attacks on September 11, 2001 | S.D.N.Y. | George B. Daniels |
| | Date the Order or Judgment Appealed from was Entered on the Docket: August 28, 2025 | District Court Docket No.: 03 MDL 1570 (GBD) (SN) |
| | Date the Notice of Appeal was Filed: September 8, 2025 | Is this a Cross Appeal? ☐ Yes ☑ No |

| Attorney(s) for Appellant(s): ☐ Plaintiff ☑ Defendant | Counsel's Name: Michael K. Kellogg<br>Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 (see attached additional attorney names) | Telephone No.: (202) 326-7902 | Fax No.: (202) 326-7999 | E-mail: mkellogg@kellogghansen.com |
|---|---|---|---|---|
| Attorney(s) for Appellee(s): ☑ Plaintiff ☐ Defendant | Counsel's Name: Sean P. Carter<br>Cozen O'Connor<br>One Liberty Place, 1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103 (see attached additional attorney names) | Telephone No.: (215) 665-2105 | Fax No.: (215) 665-2013 | E-mail: scarter@cozen.com |

| Has Transcript Been Prepared? N/A | Approx. Number of Transcript Pages: N/A | Number of Exhibits Appended to Transcript: N/A | Has this matter been before this Circuit previously? ☑ Yes ☐ No<br>If Yes, provide the following:<br>Case Name: In re Terrorist Attacks on September 11, 2001<br>2d Cir. Docket No.: see attached   Reporter Citation: (i.e., F.3d or Fed. App.) see attached |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A: JURISDICTION

**1. Federal Jurisdiction**
- ☐ U.S. a party
- ☑ Federal question (U.S. not a party)
- ☐ Diversity
- ☐ Other (specify): _____

**2. Appellate Jurisdiction**
- ☐ Final Decision
- ☑ Interlocutory Decision Appealable As of Right
- ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
- ☐ Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**FORM C** (Rev. October 2016)

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**
- [✓] Pre-trial
- [ ] During trial
- [ ] After trial

**2. Type of Judgment/Order Appealed**
- [ ] Default judgment
- [✓] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [ ] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [ ] Jury verdict
- [ ] Judgment NOV
- [ ] Directed verdict
- [ ] Other (specify):

**3. Relief**
- [✓] Damages:
  - [ ] Sought: $ _____
  - [ ] Granted: $ _____
  - [ ] Denied: $ _____
- [ ] Injunctions:
  - [ ] Preliminary
  - [ ] Permanent
  - [ ] Denied

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**
- [ ] Antitrust
- [ ] Bankruptcy
- [ ] Banks/Banking
- [ ] Civil Rights
- [ ] Commerce
- [ ] Energy
- [ ] Commodities
- [✓] Other (specify): FSIA
- [ ] Communications
- [ ] Consumer Protection
- [ ] Copyright □ Patent
- [ ] Trademark
- [ ] Election
- [ ] Soc. Security
- [ ] Environmental
- [ ] Freedom of Information Act
- [ ] Immigration
- [ ] Labor
- [ ] OSHA
- [ ] Securities
- [ ] Tax

**2. Torts**
- [ ] Admiralty/Maritime
- [ ] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [✓] Other (Specify):

**3. Contracts**
- [ ] Admiralty/Maritime
- [ ] Arbitration
- [ ] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [ ] Other Specify

**4. Prisoner Petitions**
- [ ] Civil Rights
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Parole
- [ ] Vacate Sentence
- [ ] Other

**5. Other**
- [ ] Hague Int'l Child Custody Conv.
- [ ] Forfeiture/Penalty
- [ ] Real Property
- [ ] Treaty (specify): _____
- [ ] Other (specify): _____

**6. General**
- [ ] Arbitration
- [ ] Attorney Disqualification
- [ ] Class Action
- [ ] Counsel Fees
- [ ] Shareholder Derivative
- [ ] Transfer

**7. Will appeal raise constitutional issue(s)?**
- [ ] Yes
- [✓] No

Will appeal raise a matter of first impression?
- [✓] Yes
- [ ] No

---

1. Is any matter relative to this appeal still pending below? [✓] Yes, specify: see attached    [ ] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal?   [ ] Yes   [✓] No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal?   [ ] Yes   [✓] No

If yes, state whether □ "A," or □ "B," or □ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Appellant: Kingdom of Saudi Arabia

Date: September 22, 2025    Signature of Counsel of Record: /s/ Michael K. Kellogg

## NOTICE TO COUNSEL

Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:
1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)**
**(cont'd)**

**List of Additional Attorney Names for Defendant Kingdom of Saudi Arabia:**

Gregory G. Rapawy
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7967
Fax: (202) 326-7999
grapawy@kellogghansen.com

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7963
Fax: (202) 326-7999
ashen@kellogghansen.com

**List of Additional Attorney Names for Plaintiffs' Executive Committees:**

Sean P. Carter
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Fax: (215) 665-2013
scarter@cozen.com

Scott Tarbutton
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-7255
Fax: (215) 665-2013
starbutton@cozen.com

Stephen A. Cozen
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2020
Fax: (215) 665-2013
scozen@cozen.com

*Co-Chairs and Liaison Counsel of the*
*Plaintiffs' Executive Committee for Commercial Claims*

Robert T. Haefele  
Motley Rice LLC  
28 Bridgeside Boulevard  
Mt. Pleasant, South Carolina 29464  
Tel.: (843) 216-9184  
Fax: (843) 216-9450  
rhaefele@motleyrice.com  

Donald A. Migliori  
Motley Rice LLC  
28 Bridgeside Boulevard  
Mt. Pleasant, South Carolina 29464  
Tel.: (843) 216-9241  
Fax: (843) 216-9450  
dmigliori@motleyrice.com  

Jodi Westbrook Flowers  
Motley Rice LLC  
28 Bridgeside Boulevard  
Mt. Pleasant, South Carolina 29464  
Tel.: (843) 216-9163  
Fax: (843) 216-9450  
jflowers@motleyrice.com  

*Liaison Counsel and Co-Chairs for the*  
*Plaintiffs' Executive Committee for Personal Injury and Death Claims*

Steven R. Pounian  
Kreindler & Kreindler LLP  
485 Lexington Avenue  
New York, New York 10017  
Tel.: (212) 973-3477  
Fax: (212) 972-9432  
spounian@kreindler.com  

Megan Benett  
Kreindler & Kreindler LLP  
485 Lexington Avenue  
New York, New York 10017  
Tel.: (212) 973-3406  
Fax: (212) 972-9432  
mbenett@kreindler.com  

Andrew J. Maloney  
Kreindler & Kreindler LLP  
485 Lexington Avenue  
New York, New York 10017  
Tel.: (212) 973-3438  
Fax: (212) 972-9432  
amaloney@kreindler.com  

*Attorneys for Ashton Plaintiffs*

**Matters Relative to This Appeal Still Pending:**

On September 11, 2025, Saudi Arabia moved to stay pre-trial proceedings pending this Court's resolution of Saudi Arabia's appeal.

**ATTACHMENT TO FORM C – PRIOR APPEALS IN THE SECOND CIRCUIT**

Appeals from the district court litigation – *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 – have previously been before this Circuit, including the following:

| Short Titles and Citations | Docket Nos. | Citations |
|---|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 06-0319-cv(L), 06-0321-cv, 06-0348-cv, 06-0392-cv, 06-0397-cv, 06-0398-cv, 06-0436-cv, 06-0442-cv, 06-0453-cv, 06-0458-cv, 06-0461-cv, 06-0473-cv, 06-0477-cv, 06-0487-cv, 06-0657-cv, 06-0674-cv, 06-0693-cv, 06-0700-cv, 06-0702-cv | 538 F.3d 71 (2d Cir. 2008) |
| *In re Terrorist Attacks on September 11, 2001*<br><br>*In re Terrorist Attacks on September 11, 2001 (John Patrick O'Neill, Jr. v. Al Rajhi Bank)*<br><br>*In re Terrorist Attacks on September 11, 2001 (John Patrick O'Neill, Jr. v. Asat Trust Reg.)* | 11-3294-cv(L), 11-3407-cv, 11-3490-cv, 11-3494-cv, 11-3495-cv, 11-3496-cv, 11-3500- cv, 11-3501-cv, 11-3502-cv, 11-3503-cv, 11-3505-cv, 11-3506-cv, 11-3507-cv, 11-3508- cv, 11-3509-cv, 11-3510-cv, 11-3511-cv, 12-0949-cv, 12-1457-cv, 12-1458-cv, 12-1459-cv | 714 F.3d 109 (2d Cir. 2013)<br><br>714 F.3d 118 (2d Cir. 2013)<br><br>714 F.3d 659 (2d Cir. 2013) |
| *In re Terrorist Attacks on September 11, 2001 (Fed. Ins. Co. v. Kingdom of Saudi Arabia)* | 12-1318-cv(L), 12-1350-cv(CON), 12-1441-cv(CON), 12-1476-cv(CON), 12-1477-cv(CON), 12-1519-cv(CON) | 741 F.3d 353 (2d Cir. 2013) |
| *In re Terrorist Attacks on September 11, 2001* | 15-3426-cv(L), 15-3442-cv(CON), 15-3505-cv(CON), 15-3509-cv(CON), 15-3524-cv(CON), 15-3542-cv(CON), 15-3583-cv(CON), 15-3605-cv(CON) | 2017 WL 8776686 (2d Cir. Feb. 7, 2017) |
| *In re Terrorist Attacks on September 11, 2001 (Underwriting Members of Lloyd's Syndicate 2 v. Al Rajhi Bank)* | 18-1201-cv(L), 18-1264-cv(CON), 18-1266-cv(CON), 18-2162-cv(CON), 18-2171-cv(CON) | 779 F. App'x 66 (2d Cir. 2019) |

| | | |
|---|---|---|
| *Fiona Havlish, et al. v. The Taliban, et al.* | 23-258-cv(L), 23-263(CON), 23-304(CON), 23-346(CON), 23-444(CON) | 2025 WL 2447193 (2d Cir. Aug. 26, 2025) |
| *In re Terrorist Attacks on September 11, 2001* | 23-1319-cv(L), 23-1251 (CON), 23-1294 (CON), 23-1298 (CON), 23-1299 (CON), 23-1300 (CON), 23-1301 (CON), 23-1308 (CON), 23-1318 (CON), 23-1342 (XAP), 23-7261 (XAP) | 117 F.4th 13 (2d Cir. 2024) |
| *In re Terrorist Attacks on September 11, 2001* | 24-502-cv(L), 24-593-cv (CON) | *pending* |
| *In re Terrorist Attacks on September 11, 2001* | 25-108-cv(L), 25-280-cv(CON), 25-281-cv(CON), 25-320-cv(CON), 25-325-cv(CON), 25-327-cv(CON) | *pending* |
| *In re Terrorist Attacks on September 11, 2001 (Kreindler & Kreindler LLP v. Kingdom of Saudi Arabia)* | 23-1170-cv | --- F.4th ---, 2025 WL 2609490 (2d Cir. Sept. 10, 2025) |

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

ADDENDUM "A"

I.  Description of the Nature of the Action

This appeal arises from a long-running multi-district litigation concerning the 9/11 terrorist attacks committed by the terrorist organization Al Qaeda. Plaintiffs include victims of the attacks, victims' estates and family members, businesses, and insurers. Defendants include a broad array of individuals, charities, banks, and sovereign states, all of whom Plaintiffs accuse of support for Al Qaeda. Defendant-Appellant is the Kingdom of Saudi Arabia ("Saudi Arabia"), an ally of the United States and an enemy of Al Qaeda.

Among other things, Plaintiffs contend that two employees of Saudi Arabia, an accountant named Omar Al Bayoumi and an imam named Fahad Al Thumairy, provided support to two of the 9/11 hijackers in early 2000 in Southern California. Plaintiffs also contend that Al Bayoumi and Al Thumairy acted within the scope of their employment or agency in doing so. Saudi Arabia contends that the district court lacks jurisdiction over any claims against it because of the Foreign Sovereign Immunities Act of 1976, as amended by the Justice Against Sponsors of Terrorism Act of 2016 ("JASTA").

In 2018, the district court granted Saudi Arabia's motion to dismiss in part and denied it in part. The Court ordered jurisdictional discovery into Plaintiffs' claims arising from their allegations about Al Bayoumi and Al Thumairy. Among other discovery, Saudi Arabia produced 5,785 documents (9,582 pages), including voluntary productions of documents subject to the Vienna Conventions on Diplomatic and Consular Relations; the FBI produced more than 2,500 documents (more than 13,500 pages); and Plaintiffs-Appellants deposed 18 current or former officials or employees of Saudi Arabia and eight third-party witnesses.

Jurisdictional discovery lasted until 2023, at which time Saudi Arabia renewed its motion to dismiss, raising a factual challenge to Plaintiffs' allegations that Al Bayoumi and Al Thumairy knowingly assisted the hijackers, that they were acting within the scope of any employment relationship with Saudi Arabia, and that their actions caused the 9/11 attacks to occur.

## II.     The Result Below

On August 28, 2025, the district court denied Saudi Arabia's renewed motion to dismiss for lack of subject-matter jurisdiction. A copy of its decision is attached as Exhibit A. The court concluded that Plaintiffs had produced evidence to show that Saudi Arabia was not immune under JASTA and that Saudi Arabia had not persuaded the court otherwise. The court stated that it had conducted a review of "the entire body of undisputed facts" and made a "preliminary assessment of certain disputed facts," and found an "adequate" basis "to conclude that the exercise of subject matter jurisdiction is appropriate here." Ex. A at 45. It stated that it would not resolve "[s]ome . . . disputed facts . . . at this stage of the litigation, because weighing the evidence or assessing witnesses' credibility will need to take place at trial." *Id.* It further stated that "the evidence does not compel the Court to take [Saudi Arabia's] version of the events, or to deny jurisdiction of Plaintiffs' suit." *Id.* Accordingly, the court denied Saudi Arabia's motion to dismiss and stated that "Plaintiffs' claims will proceed to decision on their merits." *Id.*

Also attached as Exhibits are several earlier decisions relevant to the district court's August 28, 2025 decision. These include the district court's March 28, 2018 decision partially granting and partially denying Saudi Arabia's previous motion (Exhibit B), the magistrate judge's December 11, 2024 report and recommendation on *Daubert* motions with respect to proffered expert testimony (Exhibit C), and the district court's August 28, 2025 order adopting that report and recommendation (Exhibit D). Exhibit E is a copy of Saudi Arabia's notice of appeal (without exhibits), and Exhibit F is a copy of the district court's docket sheet.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

## ADDENDUM "B"

### List of Proposed Issues and Applicable Standard of Review

**Issue 1:** Whether the district court erred by refusing to resolve factual disputes that are necessary to determine whether Saudi Arabia is immune from suit.

**Standard of Review:** The appropriate standard to apply to a motion to dismiss on the ground of foreign sovereign immunity is a question of law. This Court reviews questions of law de novo. *See Beierwaltes v. L'Office Federale De La Culture De La Confederation Suisse*, 999 F.3d 808, 817 (2d Cir. 2021).

**Issue 2:** Whether the district court misconstrued or misapplied New York law regarding a principal's liability for its agents' torts allegedly performed within the scope of their employment or agency.

**Standard of Review:** This Court reviews a district court's interpretation and application of state law de novo. *See Certain Underwriters at Lloyds, London v. 3131 Veterans Blvd LLC*, 136 F.4th 404, 408 (2d Cir. 2025).

**Issue 3:** To the extent the district court made factual findings, whether those findings were clearly erroneous.

**Standard of Review:** This Court reviews factual findings for clear error. *See Beierwaltes*, 999 F.3d at 817.

**Issue 4:** Whether the district court erred in ruling that the phrase "caused by" in the Justice Against Sponsors of Terrorism Act requires only a "reasonable connection" between a foreign sovereign's alleged tortious acts and the plaintiffs' injuries.

**Standard of Review:** This Court reviews legal conclusions de novo. *See Beierwaltes*, 999 F.3d at 817; *see also Otal Invs. Ltd. v. M.V. Clary*, 494 F.3d 40, 59 (2d Cir. 2007) ("[A] district court's understanding of the standard of causation is a question of law, reviewed de novo.").