**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

# MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2202(L), 25-2320, 25-2323, 25-2324, 25-2334, 25-2340, 25-2341, 25-2355, 25-2390, 25-2391, 25-2392, 25-2442, 25-2443, 25-2448, 25-2450, 25-2457

Caption [use short title]: In Re: Terrorist Attacks on September 11, 2001

**Motion for:** Plaintiff / Appellees / Cross-Appellants to file under seal their principal brief

Set forth below precise, complete statement of relief sought:

Appellees / Cross Appellants in these consolidated appeals, move to file under seal their principal brief. The deadline for Appellees' principal brief is March 13, 2026. Appellees respectfully request that this court approve on an expedited basis, on or before March 13, 2026, a procedure for the sealed filing of Appellees' principal brief.

**MOVING PARTY:** Plaintiffs / Appellees / Cross-Appellants

**OPPOSING PARTY:** Defendant / Appellant / Cross-Appellee Kingdom of Saudi Arabia

- [x] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [x] Appellee/Respondent

[name of attorney, with firm, address, phone number and e-mail]

**MOVING ATTORNEY:** Robert T. Haefele, Esq.
Motley Rice LLC
28 Bridgeside Blvd, Mt. Pleasant, SC 29464
(843) 216-9184; (843) 216-9450 (fax); rhaefele@motleyrice.com

**OPPOSING ATTORNEY:** Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW, Suite 400, Washington, D.C. 20036
(202) 326-7900; (202) 326-7999 (fax);kellogg@kellogghansen.com

Court- Judge/ Agency appealed from: U.S. District Court for the Southern District of New York, Judge George B. Daniels

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain): ______

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: ______

Is the oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date: ______

**Signature of Moving Attorney:**

Haefele, Robert
Digitally signed by: Haefele, Robert
DN: CN = Haefele, Robert email = rhaefele@motleyrice.com OU = Ness Motley, MTP, Users
Date: 2026.03.10 15:37:40 -04'00'

**Date:** March 10, 2026

Service : [x] Electronic [ ] Other [Attach proof of service]

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---

Appeal No. 25-2202 (L)

Cross-Appeal Nos. 25-2355 (Con Primary XAP), 25-2390 (Con Primary XAP), 25-2320 (Con), 25-2323 (Con), 25-2324 (Con), 25-2334 (Con), 25-2340 (Con), 25-2341 (Con), 25-2391 (Con), 25-2392 (Con), 25-2442 (Con), 25-2443 (Con), 25 2448 (Con), 25-2450 (Con), 25-2457 (Con)

---

*IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001*

---

On Appeal and Cross-Appeals from the
United States District Court for the Southern District of New York
No. 1:03-md-1570 (S.D.N.Y.) (GBD) (SDN), Hon. George B. Daniels

---

**UNOPPOSED EXPEDITED MOTION TO FILE UNDER SEAL THE PRINCIPAL BRIEF OF APPELLEES / CROSS-APPELLANTS**

---

Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 665-2000

*Counsel for Appellees/Cross-Appellants*

Steven R. Pounian, Esq.
James Gavin Simpson, Esq.
485 Lexington Avenue, 28th Floor
New York, NY 10017
Tel.: (212) 973-3477
Fax: (212) 972-9432

*Counsel for Appellees*

Robert T. Haefele
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Fax: (843) 216-9450

*- and -*

Michael Quirk, Esq.
Three Logan Square
1717 Arch St., Suite 3610
Philadelphia, PA 19103
Phone: 267.267.4740
Fax: 267.267.4759
mquirk@motleyrice.com

*Counsel for Appellees/Cross-Appellants*

Pursuant to the Case Management Order, Dkt. No. 85.1, all Plaintiffs-Appellees / Cross-Appellants ("Appellees") move this Court to authorize Appellees to file under seal their principal brief consistent with the Court's direction to Appellant, Saudi Arabia, in the Court Order at Dkt. No. 114. Appellees' principal brief is due on March 13, 2026. Appellees request that the Court direct Appellees how to proceed before that date.

1. During proceedings in the district court, that court entered two protective orders governing the treatment of confidential material. *See* Dist. Ct. ECF No. 1900 (general protective order for confidential information produced by parties and most nonparties); Dist. Ct. ECF No. 4255 (specific protective order for confidential information produced by the FBI).

2. In the lead-up to the oral argument on Saudi Arabia's renewed motion to dismiss, the district court directed that the motion papers and supporting documents (with limited redactions) be filed on the public docket. *See* Dist. Ct. ECF No. 10173, at 14. The district court, however, granted requests from the FBI and four nonparty individuals to maintain under seal or to redact some information. *See id.* at 2 n.4, 5-8.

3. On October 24, 2025, the parties to this appeal filed a joint motion for case management relief. *See* ECF No. 84.1. That motion sought the Court's

guidance on a procedure for filing materials subject to the district court's two protective orders. *Id.* at 7-8 (citing Dist. Ct. ECF Nos. 1900 & 4255).

4. On October 27, 2025, the Court issued its Case Management Order. Dkt. No. 85.1. That Order states that any party "that would like to submit filings that contain information subject to a protective order in the district court shall make a motion to file documents under seal prior to submitting the filing at issue." *Id.* at ¶ 11. This motion is made to comply with that directive.

5. On December 17, 2025, Appellant Saudi Arabia filed a motion seeking to file under seal its principal brief. Dkt. No. 110.1. On December 22, 2026, the Court granted Saudi Arabia's motion to file under seal, "pending and subject to review by the [merits panel]." Dkt. No. 114.1.

6. On March 13, 2026, Appellees will file their principal brief. That brief will not contain any information in which Plaintiffs will assert a confidentiality interest. However, the brief may contain material that may be considered to be subject to the district court's protective orders. In particular, Appellees anticipate that their brief will cite and quote testimony that may not have been publicly docketed.

7. Appellees request that this Court approve on an expedited basis, on or before March 13, 2026, an Order applying to Appellees the same procedure applied to Appellant's principal brief under Dkt. No. 114.

8. Specifically, Appellees request permission to file, on March 13, 2026, Appellees' principal brief under seal, marked as provisionally sealed. Appellees will serve an unredacted copy on Saudi Arabia and the FBI.

9. On March 13, 2026, Appellees shall also file a notice on the public docket of the district court that attaches this motion and this Court's order on this motion, but does not include Saudi Arabia's principal brief. The notice shall indicate that Appellees' counsel can be contacted by email, through counsel for the lead plaintiffs-appellees as designated by the Court's case management order, Dkt. 85.1 at rhaefele@motleyrice.com, scarter@cozen.com, and spounian@kreindler.com. The notice shall also indicate that assistance for unrepresented individuals can be sought by contacting prosecases@ca2.uscourts.gov.

10. Alternatively, Appellees request that this Court authorize and direct Appellees on or before March 13, 2026, to do one of the following:

a. If this Court finds a different procedure appropriate: To follow such different procedure in place of the above proposed procedure.

b. If this Court requires more time to consider this motion: To file Appellees' principal brief temporarily under seal until the Court rules on this motion.

c. If this Court finds that the circumstances do not warrant even a temporary seal: To file Appellees' principal brief on the public docket.

11. Plaintiffs have informed Saudi Arabia and the FBI of the intended filing of this motion. Saudi Arabia and the FBI consent to this motion.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request that the Court grant this motion.

Dated: March 10, 2026

MOTLEY RICE, LLC

By: *_/s/ Robert T. Haefele_*
Robert T. Haefele, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Fax: (843) 216-9450
rhaefele@motleyrice.com

*On behalf of Appellees*

MOTLEY RICE, LLC

By: *_/s/ Michael Quirk_*
Michael Quirk, Esq.
Three Logan Square
1717 Arch St., Suite 3610
Philadelphia, PA 19103
Phone: 267.267.4740
Fax: 267.267.4759
mquirk@motleyrice.com

*On behalf of Appellees*

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 665-2000
scarter@cozen.com
starbutton@cozen.com

*On behalf of Appellees*

KREINDLER & KREINDLER LLP

By: /s/ *Steven R. Pounian*
Steven R. Pounian, Esq.
James Gavin Simpson, Esq.
485 Lexington Avenue, 28th Floor
New York, NY 10017
Tel.: (212) 973-3477
Fax: (212) 972-9432
spounian@kreindler.com
gsimpson@kreinder.com

*On behalf of Appellees*

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Docket Nos. 25-2202 (L), 25-2355 (Con Primary XAP), 25-2390 (Con Primary XAP), 25-2320 (Con), 25-2323 (Con), 25-2324 (Con), 25-2334 (Con), 25-2340 (Con), 25-2341 (Con), 25-2391 (Con), 25-2392 (Con), 25-2442 (Con), 25-2443 (Con), 25 2448 (Con), 25-2450 (Con), 25-2457 (Con) |

**CERTIFICATION OF ROBERT T. HAEFELE**
**IN SUPPORT OF APPELLEES' MOTION TO FILE**
**PRINCIPAL BRIEF UNDER SEAL**

I, Robert T. Haefele, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury, that the following statements are true and correct, to the best of my knowledge and belief:

1. I am an attorney admitted to practice before this Court. I represent the Burnett and Euro Broker Plaintiffs-Appellees in Docket Nos. 25-2202 and 25¬2355 before this Court. I submit this certification in support of the motion of Appellees / Cross-Appellants ("Appellees") to file their principal brief under seal, pursuant to Case Management Order, Dkt. No. 85.1.

2. During proceedings in the district court, that court entered two protective orders governing the treatment of confidential material. *See* Dist. Ct.

ECF No. 1900 (general protective order for confidential information produced by parties and most nonparties); Dist. Ct. ECF No. 4255 (specific protective order for confidential information produced by the FBI).

3. In the lead-up to the oral argument on Saudi Arabia's renewed motion to dismiss, the district court directed that the motion papers and supporting documents (with limited redactions) be filed on the public docket. *See* Dist. Ct. ECF No. 10173, at 14. The district court, however, granted requests from the FBI and four nonparty individuals to maintain under seal or to redact some information. *See id.* at 2 n.4, 5-8.

4. On October 24, 2025, the parties to this appeal filed a joint motion for case management relief. *See* ECF No. 84.1. That motion sought the Court's guidance on a procedure for filing materials subject to the district court's two protective orders. *Id.* at 7-8 (citing Dist. Ct. ECF Nos. 1900 & 4255).

5. On October 27, 2025, the Court issued its Case Management Order. Dkt. No. 85.1. That Order states that any party "that would like to submit filings that contain information subject to a protective order in the district court shall make a motion to file documents under seal prior to submitting the filing at issue." *Id.* at ¶ 11. This motion is made to comply with that directive.

6. On December 17, 2025, Appellant Saudi Arabia filed a motion seeking to file under seal its principal brief. Dkt. No. 110.1. On December 22,

2026, the Court granted Saudi Arabia's motion to file under seal, "pending and subject to review by the [merits panel]." Dkt. No. 114.1.

7. On March 13, 2026, Appellees will file their principal brief. That brief will not contain any information in which Plaintiffs will assert a confidentiality interest. However, the brief may contain material that may be considered to be subject to the district court's protective orders. In particular, Appellees anticipate that their brief will cite and quote testimony that may not have been publicly docketed.

8. Appellees request that this Court approve on an expedited basis, on or before March 13, 2026, an Order applying to Appellees the same procedure applied to Appellant's principal brief under Dkt. No. 114.

9. Specifically, Appellees request permission to file, on March 13, 2026, Appellees' principal brief under seal, marked as provisionally sealed. Appellees will serve an unredacted copy on Saudi Arabia and the FBI.

10. On March 13, 2026, Appellees shall also file a notice on the public docket of the district court that attaches this motion and this Court's order on this motion, but does not include Saudi Arabia's principal brief. The notice shall indicate that Appellees' counsel can be contacted by email, through counsel for the lead plaintiffs-appellees as designated by the Court's case management order, Dkt. 85.1 at rhaefele@motleyrice.com, scarter@cozen.com, and

spounian@kreindler.com. The notice shall also indicate that assistance for unrepresented individuals can be sought by contacting prosecases@ca2.uscourts.gov.

11. Alternatively, Appellees request that this Court authorize and direct Appellees on or before March 13, 2026, to do one of the following:

a. If this Court finds a different procedure appropriate: To follow such different procedure in place of the above proposed procedure.

b. If this Court requires more time to consider this motion: To file Appellees' principal brief temporarily under seal until the Court rules on this motion.

c. If this Court finds that the circumstances do not warrant even a temporary seal: To file Appellees' principal brief on the public docket.

12. Plaintiffs have informed Saudi Arabia and the FBI of the intended filing of this motion. Saudi Arabia and the FBI consent to this motion.

Dated: March 10, 2026

By: *<u>/s/ Robert T. Haefele</u>*
Robert T. Haefele, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Appellees' Motion to File Appellees' Principal Brief Under Seal was served by electronic transmission through the Second Circuit Court of Appeals' Case Management Electronic Case Filing ("ACMS") system on March 10, 2026.

/s/ *Robert T. Haefele*
Robert T. Haefele